UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------x

EURIZON CAPITAL SGR S.p.A.,

                Plaintiff,

- v. -

VIVENDI, S.A., JEAN-MARIE MESSIER
and GUILLAUME HANNEZO,

                Defendants.

------------------------------------x

No. 07 Civ. _____ 

**DISCLOSURE STATEMENT PURSUANT TO FED. R. CIV. P. 7.1(a)**



Pursuant to Federal Rule of Civil Procedure 7.1(a), Plaintiff Eurizon Capital SGR S.p.A., a nongovernmental corporate party, states that Eurizon Capital SGR S.p.A. is owned by Eurizon Financial Group S.p.A. which, in turn, is wholly owned by Intesa Sanpaolo S.p.A., a publicly held company.

Dated: December 21, 2007

LABATON SUCHAROW LLP

By: _____
Lawrence A. Sucharow (LS-1726)
Eric J. Belfi (EB-8895)
Russel N. Jacobson (RJ-2268)
David J. Goldsmith (DG-7388)
140 Broadway
New York, New York 10005
Telephone: 212-907-0700
Facsimile: 212-883-7056

*Attorneys for Plaintiff*
*Eurizon Capital SGR S.p.A.*