UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
———————————————————————x
:
EURIZON CAPITAL SGR S.p.A.,            :   No. 07 Civ. 11483
:
        Plaintiff,            :   Jury Trial Demanded
:
  - v. -            :
:
VIVENDI, S.A., JEAN-MARIE MESSIER      :
and GUILLAUME HANNEZO,                 :
:
        Defendants.            :
:
———————————————————————x

## NOTICE OF APPEARANCE

    Please enter the appearance of Anthony J. Harwood, a member of the bar of this Court, as counsel for Plaintiff Eurizon Capital SGR S.p.A. in the above-captioned action.


Dated: New York, New York          Respectfully submitted,
       January 14, 2008

                                   LABATON SUCHAROW LLP

                          By:   /s/ Eric J. Belfi
                               Eric J. Belfi (EB-8895)
                               Anthony J. Harwood (AH-1006)
                               140 Broadway
                               New York, New York  10005
                               Telephone:  212-907-0700
                               Facsimile:  212-818-0477

                               *Attorneys for*
                               *Plaintiff Eurizon Capital SGR S.p.A.*

<u>Certificate of Service</u>

      I hereby certify that on January 14, 2008, I caused the foregoing Notice of Appearance to be electronically filed with the Clerk of the Court through the Court's CM/ECF system, which will send notification of such public filing to all counsel registered to receive such notice, and to be sent by U.S. mail, first class postage prepaid, to the following counsel:

| | |
|---|---|
| Michael T. Reynolds<br>Cravath, Swaine & Moore LLP<br>Worldwide Plaza<br>825 Eighth Avenue<br>New York, NY 10019 | Michael J. Malone<br>King & Spalding LLP<br>1185 Avenue of the Americas<br>New York, NY 10036<br><br>Michael E. Swartz, Esq.<br>Schulte Roth & Zabel LLP<br>919 Third Avenue<br>New York, NY 10022 |

      /s/ Anthony J. Harwood
      Anthony J. Harwood (AH-1006)