UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
─────────────────────────────────────x
                                     :
EURIZON CAPITAL SGR S.p.A.,          :   No. 07 Civ. 11483
                                     :
                 Plaintiff,          :   Jury Trial Demanded
                                     :
         - v. -                      :
                                     :
VIVENDI, S.A., JEAN-MARIE MESSIER    :
and GUILLAUME HANNEZO,               :
                                     :
                 Defendants.         :
                                     :
─────────────────────────────────────x

## NOTICE OF APPEARANCE

    Please enter the appearance of Javier Bleichmar, a member of the bar of this Court, as counsel for Plaintiff Eurizon Capital SGR S.p.A. in the above-captioned action.


Dated:  New York, New York              Respectfully submitted,
        January 14, 2008
                                        LABATON SUCHAROW LLP

                                By:     /s/ Eric J. Belfi
                                        Eric J. Belfi (EB-8895)
                                        Javier Bleichmar (JB-0435)
                                        140 Broadway
                                        New York, New York 10005
                                        Telephone: 212-907-0700
                                        Facsimile: 212-818-0477

                                        *Attorneys for*
                                        *Plaintiff Eurizon Capital SGR S.p.A.*

Certificate of Service

     I hereby certify that on January 14, 2008, I caused the foregoing Notice of Appearance to be electronically filed with the Clerk of the Court through the Court's CM/ECF system, which will send notification of such public filing to all counsel registered to receive such notice, and to be sent by U.S. mail, first class postage prepaid, to the following counsel:

| | |
|---|---|
| Michael T. Reynolds<br>Cravath, Swaine & Moore LLP<br>Worldwide Plaza<br>825 Eighth Avenue<br>New York, NY  10019 | Michael J. Malone<br>King & Spalding LLP<br>1185 Avenue of the Americas<br>New York, NY  10036<br><br>Michael E. Swartz, Esq.<br>Schulte Roth & Zabel LLP<br>919 Third Avenue<br>New York, NY  10022 |

                         /s/ Javier Bleichmar
                         Javier Bleichmar (JB-0435)