UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

————————————————————————x
:
EURIZON CAPITAL SGR S.p.A.,　　　　　　　　: 　No. 07 Civ. 11483
:
　　　　　　　　Plaintiff,　　　　　　　: 　Jury Trial Demanded
:
　　　　- v. -　　　　　　　　　　　　:
:
VIVENDI, S.A., JEAN-MARIE MESSIER　　　:
and GUILLAUME HANNEZO,　　　　　　:
:
　　　　　　　　Defendants.　　　　　:
:
————————————————————————x

## <u>NOTICE OF APPEARANCE</u>

Please enter the appearance of Joseph A. Fonti, a member of the bar of this Court, as counsel

for Plaintiff Eurizon Capital SGR S.p.A.in the above-captioned action.


Dated: New York, New York　　　　　　　Respectfully submitted,
　　　　January 14, 2008

　　　　　　　　　　　　　　　　　　LABATON SUCHAROW LLP

　　　　　　　　　　　By:　　/s/　Eric J. Belfi　　　　　
　　　　　　　　　　　　　　Eric J. Belfi (EB-8895)
　　　　　　　　　　　　　　Joseph A. Fonti (JF-3201)
　　　　　　　　　　　　　　140 Broadway
　　　　　　　　　　　　　　New York, New York　10005
　　　　　　　　　　　　　　Telephone:　212-907-0700
　　　　　　　　　　　　　　Facsimile:　212-818-0477

　　　　　　　　　　　　　　*Attorneys for*
　　　　　　　　　　　　　　*Plaintiff Eurizon Capital SGR S.p.A.*

<u>Certificate of Service</u>

I hereby certify that on January 14, 2008, I caused the foregoing Notice of Appearance to be electronically filed with the Clerk of the Court through the Court's CM/ECF system, which will send notification of such public filing to all counsel registered to receive such notice, and to be sent by U.S. mail, first class postage prepaid, to the following counsel:

Michael T. Reynolds                 Michael J. Malone
Cravath, Swaine & Moore LLP         King & Spalding LLP
Worldwide Plaza                     1185 Avenue of the Americas
825 Eighth Avenue                   New York, NY 10036
New York, NY 10019

                                    Michael E. Swartz, Esq.
                                    Schulte Roth & Zabel LLP
                                    919 Third Avenue
                                    New York, NY 10022


                                    /s/ Joseph A. Fonti
                                    Joseph A. Fonti (JF-3201)